1 | Sharon S. Moyer No. 013341
Sharon.Moyer@SacksTierney.com
2 | Adrian L. Barton No. 025359
Adrian.Barton@SacksTierney.com
3 | SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
4 | Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
5 | Facsimile: 480.970.4610

6 | Attorneys for Defendants

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE DISTRICT OF ARIZONA**

10 | ROBERT OROZCO; and a class of
others similarly situated,

11 |              No. 2:11-cv-02305-PHX-FJM

12 |       Plaintiffs,

13 | v.            **DECLARATION OF ROBERT
CRUMBLEY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

14 | MARK S. and MONA BORENSTEIN,
husband and wife; NEAL and SHIRLI
15 | BORENSTEIN, husband and wife;
BADA BING BAKERY L.L.C., an
16 | Arizona Corporation,

(Assigned to the Honorable Frederick J.
Martone)

17 |       Defendants.

18 |       I, Robert Crumbley, declare as follows:

19 |       1.      My name is Robert Crumbley. I am the Plant Manager at Bada Bing Bakery,

20 | L.L.C. (the "Bakery"). Unless otherwise stated, I have personal knowledge of the facts set

21 | forth herein or my testimony is based on review of relevant documents. I am over 21 years

22 | of age, have never been convicted of a felony, am of sound mind and am competent to

23 | testify to the facts stated in this Declaration.

24 |       2.      I worked as the Plant Manager at the Bakery the entire time that plaintiff

25 | Robert Orozco ("Orozco") worked there. I began with the Bakery on December 8, 2003

26 | and worked there through July 7, 2007. I was rehired at the Bakery on August 8, 2009 and

27 | have worked there ever since that time.

28

846647

1    3.    At no time during my employment with the Bakery, which necessarily
2  includes the entire time that Orozco worked at the Bakery, did the Bakery make deductions
3  from employees' pay for, or otherwise collect monies from employees for, new time or key
4  cards.

5    4.    Upon hire, all Bakery employees are informed in writing that Maricopa
6  County Health Department requires all employees, working in a food related industry, to
7  acquire a Food Handlers Card directly from the County. A true and correct copy of that
8  writing is attached to the Second Declaration of Shirli Borenstein as Exhibit F.

9    5.    During my time with the Bakery since 2003, I have never known the Bakery
10  to pay for the employees' food handlers card.  The card is the property of the employee,
11  and he or she is free to take the card to any food establishment in order to qualify for
12  employment.

13    I declare under the penalty of perjury that the foregoing is true and correct to the best
14  of my knowledge, information and belief.

15    Dated this _21ˢᵗ_ day of May, 2012.

16

17

18    Robert Crumbley

19

20

21

22

23

24

25

26

27

28

846647

2

1

CERTIFICATE OF SERVICE

2        I hereby certify that on May 21, 2012, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6                    Nicholas J. Enoch, Esq.
                     Jarrrett J. Haskovec
7                    LUBIN & ENOCH, P.C.
                     349 North Fourth Avenue
8                    Phoenix, AZ 85003-1505
9                    Attorneys for Plaintiffs

10

11       I hereby certify that on May 21, 2012, I caused to be hand-delivered the attached

12 document to the following recipient:

13

14                   Honorable Frederick J. Martone
                     District of Arizona Court
15                   401 W. Washington Street
                     Phoenix, AZ 85003
16

17

18

19                           _____/s/ Silvia Miranda_____

20

21

22

23

24

25

26

27

28

846647

3