Sharon S. Moyer No. 013341
Sharon.Moyer@SacksTierney.com
Adrian L. Barton No. 025359
Adrian.Barton@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT OROZCO; and a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARK S. and MONA BORENSTEIN, husband and wife; NEAL and SHIRLI BORENSTEIN, husband and wife; BADA BING BAKERY L.L.C., an Arizona Corporation,<br><br>Defendants. | No. 2:11-cv-02305-PHX-FJM<br><br>**DECLARATION OF ENRIQUE FIGUEROA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>(Assigned to the Honorable Frederick J. Martone) |

I, Enrique Figueroa, declare as follows:

1. My name is Enrique Figueroa. I have been employed with Bada Bing Bakery, L.L.C. (the "Bakery") since September 1, 2007, and currently work in the Maintenance Department. Unless otherwise stated, I have personal knowledge of the facts set forth herein or my testimony is based on review of relevant documents. I am over 21 years of age, and am of sound mind and am competent to testify to the facts stated in this Declaration.

2. At no time during my employment with the Bakery, which necessarily includes the entire time that Orozco worked at the Bakery, did the Bakery make deductions from my pay for new time or key cards. I have been friendly with most of the Bakery's employees over the years, and I have never heard of any other employee having deductions

846380.

1 | made to their pay for new time or key cards.

2 |     3.    I also have never seen anyone at the Bakery collect cash monies from employees on behalf of the Bakery.

4 |     4.    Upon hire, I was informed in writing that Maricopa County Health Department requires all employees, working in a food related industry, to acquire a Food Handlers Card directly from the County. On occasion I have discussed the County's requirement with fellow employees and I have been told that the requirement is common knowledge among food workers. This is true because a test is required by Maricopa County, so it is not unusual for the topic of obtaining or renewing one's food handlers card to be discussed. A true and correct copy of the writing that informs employees of the food handlers card requirement, and how to get it, is attached to the Second Declaration of Shirli Borenstein as Exhibit F.

    5.    During my time with the Bakery since 2007, I have never known the Bakery to pay for the employees' food handlers cards. The card is the property of the employee, so I am free to take the card to any food establishment in order to qualify for employment.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this ___21___ day of May, 2012.

_____
Enrique Figueroa

846654

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nicholas J. Enoch, Esq.
Jarrrett J. Haskovec
LUBIN & ENOCH, P.C.
349 North Fourth Avenue
Phoenix, AZ 85003-1505
Attorneys for Plaintiffs

I hereby certify that on May 21, 2012, I caused to be hand-delivered the attached document to the following recipient:

Honorable Frederick J. Martone
District of Arizona Court
401 W. Washington Street
Phoenix, AZ  85003

/s/ Silvia Miranda

846654