1    Sharon S. Moyer No. 013341
     Sharon.Moyer@SacksTierney.com
2    Adrian L. Barton No. 025359
     Adrian.Barton@SacksTierney.com
3    SACKS TIERNEY P.A.
     4250 N. Drinkwater Blvd., 4th Floor
4    Scottsdale, AZ 85251-3693
     Telephone: 480.425.2600
5    Facsimile: 480.970.4610

6    Attorneys for Defendants

7

8                   IN THE UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF ARIZONA

10   ROBERT OROZCO; and a class of
     others similarly situated,
11                                              No. 2:11-cv-02305-PHX-FJM
              Plaintiffs,
12                                              DECLARATION OF VICKI SHAW IN
     v.                                         SUPPORT OF DEFENDANTS' MOTION
13                                              TO DISMISS
     MARK S. and MONA BORENSTEIN,
14   husband and wife; NEAL and SHIRLI
     BORENSTEIN, husband and wife;              (Assigned to the Honorable Frederick J.
15   BADA BING BAKERY L.L.C., an                Martone)
     Arizona Corporation,
16
              Defendants.
17

18         I, Vicki Shaw, declare as follows:

19         1.     My name is Vicki Shaw.  From November 1, 2003 to February 29, 2008, I

20   was employed as the Payroll/Human Resources Manager at Bada Bing Bakery, L.L.C. (the

21   "Bakery").  As of March 1, 2008, I serve as a Payroll Consultant to the Bakery.  Unless

22   otherwise stated, I have personal knowledge of the facts set forth herein or my testimony is

23   based on review of relevant documents.  I am over 21 years of age, have never been

24   convicted of a felony, am of sound mind and am competent to testify to the facts stated in

25   this Declaration.

26         2.     I have handled payroll for the Bakery since 2003.  The records that I maintain

27   on behalf of the Bakery are compiled in the usual course of business according to generally

28   accepted accounting principles.

846385.

3.    At no time during my time with the Bakery since 2003, which necessarily includes the entire time that Orozco worked at the Bakery, did the Bakery make deductions from employees' pay for, or otherwise collect monies from employees for, new time or key cards.

4.    I am in charge of replacement time and key cards. My records reflect that many time and key cards have been replaced for employees over the years without charge to the employees. This usually occurs when a key or time card malfunctions or is lost. My records reflect that Orozco never had to replace either his time or key card.

5.    The Bakery does tell employees that they will be charged $10 for a lost key card. We were told by the security company that implemented our key card system that we can reduce the number of lost key cards by telling the employees there will be a charge for replacement.  The company suggested, and we agreed, that by making the employees believe they would be charged for a lost key card, they would be more responsible with the cards.

6.    On March 30, 2012, the Bakery produced to Orozco, among other documents, its Employee Pay History Report showing any uniform laundering deductions made for all employees from November 22, 2009 - December 31, 2011. The report is 161 pages long, so I have not attached it. Rather, the first five pages are attached hereto as Exhibit A so the Court can see a sample of the information provided in the report.

7.    On March 30, 2012, the Bakery also produced to Orozco a list of employees for the two years prior to the filing of Orozco's Complaint, along with the amounts they were reimbursed in uniform laundering charges. A true and correct copy of this document is attached hereto as Exhibit B.

8.    Both Exhibits A and B identify the employees by employee identification number.  Those numbers correspond to the letters and checks that were submitted in support of the motion at issue with the "Declaration of Shirli Borenstein in Support of Defendants' Motion to Dismiss" filed 3/15/12.

846385.

2

9.    On April 25, 2012, the Bakery also produced to Orozco true and correct copies of the W-2 Forms for Orozco which originated from Compupay, our payroll service company. True and correct copies of the W-2's are attached hereto as Exhibit C.

10.    On April 25, 2012, the Bakery also produced to Orozco a true and correct copy of a comprehensive Employee Pay History Report for Orozco which originated from Compupay, our payroll service company, showing, among other things, all hours, pay periods, wages earned, taxes and deductions for the entire time Orozco worked at the Bakery. A true and correct copy of this report is attached hereto as Exhibit D.

11.    The total wages earned by Orozco and various taxes withheld are consistent throughout all the documents produced. In other words, the annual totals in Orozco's pay history report at Exhibit D hereto, which reflects all taxes and deductions, etc., match the annual totals for pay set forth in Orozco's W-2 forms that he was issued from Compupay, our payroll service company.

12.    There is no indication in any of the documents that I produced to Orozco that any deduction was ever made from Orozco's pay for anything other than uniform laundering costs and advances that Orozco took.

13.    The Bakery does not keep copies of pay check stubs, and is unaware of any requirement that it do so.

14.    The documents regarding Orozco that have already been produced to Orozco in this litigation contain all of the payroll information for Orozco that the Bakery keeps. There is simply no other information available from the Bakery's payroll records regarding Orozco's pay history.

15.    Upon hire, all Bakery employees are informed in writing that Maricopa County Health Department requires all employees, working in a food related industry, to acquire a Food Handlers Card directly from the County. A true and correct copy of that writing is attached to the Second Declaration of Shirli Borenstein as Exhibit F.

846385.

16.    During my time with the Bakery since 2003, I have never known the Bakery to pay for the employees' food handler's card. The card is the property of the employee, and he or she is free to take the card to any food establishment in order to qualify for employment.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this _21st_ day of May, 2012.

_Vicki Shaw_

Vicki Shaw

846385.

4

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on May 21, 2012, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6                              Nicholas J. Enoch, Esq.

7                              Jarrrett J. Haskovec
                             LUBIN & ENOCH, P.C.

8                              349 North Fourth Avenue
                             Phoenix, AZ 85003-1505

9                              Attorneys for Plaintiffs

10

11     I hereby certify that on May 21, 2012, I caused to be hand-delivered the attached

12 document to the following recipient:

13

14                          Honorable Frederick J. Martone
                           District of Arizona Court

15                           401 W. Washington Street
                           Phoenix, AZ 85003

16

17

18

19                             */s/ Silvia Miranda*

20

21

22

23

24

25

26

27

28

846385.

# EXHIBIT A

DECLARATION OF VICKI SHAW IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

EMPLOYEE NAME
ON EACH PAGE
WAS REDACTED

11-28-11
12.20PM
All employees
uniform

**Employee Pay History Report**
(44042) CHOMPIE'S BAKING COMPANY
11/22/2009  to 12/31/2011

Page:    1 of  161

| Emp.ID. | Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0113 | REDACTED | | | | | | | | | | |
| | | 04-23-2010 | 46374 | | | | | | | | |
| | | 05-07-2010 | 46469 | | | | | | | | |
| | | 05-21-2010 | 46565 | | | | | | | | |
| | | 06-04-2010 | 46659 | | | | | | | | |
| | | 06-18-2010 | 46750 | | | | | | | | |
| | | QTD | Totals | | | | | | | | |
| | | 07-02-2010 | 46841 | | | | | | | | |
| | | 07-16-2010 | 46933 | | | | | | | | |
| | | QTD | Totals | | | | | | | | |
| | | Employee | Totals | | | | | | | | |
| 0215 | REDACTED | | | | | | | | | | |
| | | 12-03-2010 | 47839 | | | | | | | | |
| | | Employee | Totals | | | | | | | | |
| 0 | REDACTED | | | | | | | | | | |
| | | 12-04-2009 | 45385 | | | | | | SHR | 12.50 | |
| | | 12-18-2009 | 45486 | | | | | | SHR | 12.50 | |
| | | 12-31-2009 | 45601 | | | | | | SHR | 12.50 | |
| | | QTD | Totals | | | | | | SHR | 37.50 | |
| | | 01-15-2010 | 45706 | | | | | | SHR | 12.50 | |
| | | 01-29-2010 | 45804 | | | | | | SHR | 12.50 | |
| | | 02-12-2010 | 45901 | | | | | | SHR | 12.50 | |
| | | 02-26-2010 | 46001 | | | | | | SHR | 12.50 | |
| | | 03-12-2010 | 46098 | | | | | | SHR | 12.50 | |
| | | 03-26-2010 | 46189 | | | | | | SHR | 12.50 | |
| | | QTD | Totals | | | | | | SHR | 75.00 | |
| | | 04-09-2010 | 46282 | | | | | | SHR | 12.50 | |
| | | 04-23-2010 | 46380 | | | | | | SHR | 12.50 | |
| | | 05-07-2010 | 46476 | | | | | | SHR | 12.50 | |
| | | 05-21-2010 | 46572 | | | | | | SHR | 12.50 | |
| | | 06-04-2010 | 46666 | | | | | | SHR | 12.50 | |
| | | QTD | Totals | | | | | | SHR | 62.50 | |
| | | Employee | Totals | | | | | | SHR | 175.00 | |
| | | Wks Wrkd: | 28 | | | | | | | | |

BA000143

11-28-11
12:20PM
All employees
uniform

**Employee Pay History Report**

(44042) CHOMPIE'S BAKING COMPANY

11/22/2009  to 12/31/2011

Page:     2 of   161

| Emp.ID. | Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | Ded./Reb. | | Net Pay |
|---------|----------------------|------------|---------|----------|-------|----------|-----------|-------|-----------|---|---------|
| 0324 | | | | | | | | | | | |
| | REDACTED | 12-04-2009 | 45328 | | | | | | SHR | 11.18 | |
| | | 12-18-2009 | 45434 | | | | | | SHR | 11.18 | |
| | | 12-31-2009 | 45539 | | | | | | SHR | 11.18 | |
| | | QTD | Totals | | | | | | SHR | 33.54 | |
| | | 01-15-2010 | 45653 | | | | | | SHR | 11.18 | |
| | | 01-29-2010 | 45752 | | | | | | SHR | 11.18 | |
| | | 02-12-2010 | 45848 | | | | | | SHR | 11.18 | |
| | | 02-26-2010 | 45948 | | | | | | SHR | 11.18 | |
| | | 03-12-2010 | 46043 | | | | | | SHR | 11.18 | |
| | | 03-26-2010 | 46139 | | | | | | SHR | 11.18 | |
| | | QTD | Totals | | | | | | SHR | 67.08 | |
| | | 04-09-2010 | 46231 | | | | | | SHR | 11.18 | |
| | | 04-23-2010 | 46327 | | | | | | SHR | 11.18 | |
| | | 05-07-2010 | 46422 | | | | | | SHR | 11.18 | |
| | | 05-21-2010 | 46518 | | | | | | SHR | 11.18 | |
| | | 06-04-2010 | 46614 | | | | | | SHR | 11.18 | |
| | | 06-18-2010 | 46707 | | | | | | SHR | 11.18 | |
| | | QTD | Totals | | | | | | SHR | 67.08 | |
| | | 07-02-2010 | 46798 | | | | | | SHR | 11.18 | |
| | | 07-16-2010 | 46891 | | | | | | SHR | 11.18 | |
| | | 07-30-2010 | 46978 | | | | | | SHR | 11.18 | |
| | | 08-13-2010 | 47065 | | | | | | SHR | 11.18 | |
| | | 08-27-2010 | 47150 | | | | | | SHR | 11.18 | |
| | | 09-10-2010 | 47238 | | | | | | SHR | 11.18 | |
| | | 09-24-2010 | 47325 | | | | | | SHR | 11.18 | |
| | | QTD | Totals | | | | | | SHR | 78.26 | |
| | | 10-08-2010 | 47413 | | | | | | SHR | 11.18 | |
| | | 10-22-2010 | 47500 | | | | | | SHR | 11.18 | |
| | | 11-05-2010 | 47589 | | | | | | SHR | 11.18 | |
| | | 11-19-2010 | 47680 | | | | | | SHR | 11.18 | |
| | | 12-03-2010 | 47773 | | | | | | SHR | 11.18 | |
| | | 12-17-2010 | 47866 | | | | | | SHR | 11.18 | |
| | | 12-31-2010 | 47959 | | | | | | SHR | 11.18 | |
| | | QTD | Totals | | | | | | SHR | 78.26 | |
| | | 01-14-2011 | 48056 | | | | | | SHR | 11.18 | |
| | | 01-28-2011 | 48151 | | | | | | SHR | 11.18 | |
| | | 02-11-2011 | 48247 | | | | | | SHR | 11.18 | |
| | | 02-25-2011 | 18919 | | | | | | | | |
| | | QTD | Totals | | | | | | SHR | 33.54 | |

**Employee Pay History Report**

(44042) CHOMPIE'S BAKING COMPANY

11/22/2009  to 12/31/2011

Page:    3 of  161

| Emp.ID.  Name/Department/SSN# | Check Date  Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | Ded./Reb. | Net Pay |
|---|---|---|---|---|---|---|---|---|
| | Employee  Totals | | | | | | SHR     357.76 | |
| | Wks Wrkd:    66 | | | | | | | |
| 0331 | | | | | | | | |
| REDACTED | 04-23-2010  46373 | | | | | | | |
| | 05-07-2010  46468 | | | | | | | |
| | 05-21-2010  46564 | | | | | | | |
| | 06-04-2010  46658 | | | | | | | |
| | 06-18-2010  46749 | | | | | | | |
| | QTD       Totals | | | | | | | |
| | 07-02-2010  46840 | | | | | | | |
| | 07-16-2010  46932 | | | | | | | |
| | 07-30-2010  47020 | | | | | | | |
| | 08-13-2010  47107 | | | | | | | |
| | 08-27-2010  47191 | | | | | | | |
| | 09-10-2010  47279 | | | | | | | |
| | 09-24-2010  47367 | | | | | | | |
| | QTD       Totals | | | | | | | |
| | 10-08-2010  47454 | | | | | | SHR     12.50 | |
| | 10-22-2010  47542 | | | | | | SHR     12.50 | |
| | 11-05-2010  47632 | | | | | | SHR     12.50 | |
| | 11-19-2010  47723 | | | | | | SHR     12.50 | |
| | 12-03-2010  47818 | | | | | | SHR     12.50 | |
| | 12-17-2010  47912 | | | | | | SHR     12.50 | |
| | 12-31-2010  48008 | | | | | | SHR     12.50 | |
| | QTD       Totals | | | | | | SHR     87.50 | |
| | 01-14-2011  48104 | | | | | | SHR     12.50 | |
| | 01-28-2011  48200 | | | | | | SHR     12.50 | |
| | 02-11-2011  48294 | | | | | | SHR     12.50 | |
| | 02-25-2011  48388 | | | | | | SHR     12.50 | |
| | 03-11-2011  48485 | | | | | | SHR     12.50 | |
| | 03-25-2011  48582 | | | | | | SHR     12.50 | |
| | QTD       Totals | | | | | | SHR     75.00 | |
| | 04-08-2011  48676 | | | | | | SHR     12.50 | |
| | 04-22-2011  48769 | | | | | | SHR     12.50 | |
| | 05-06-2011  48858 | | | | | | SHR     12.50 | |
| | 05-20-2011  48941 | | | | | | SHR     12.50 | |
| | 06-03-2011  49018 | | | | | | SHR     12.50 | |
| | 06-17-2011  49096 | | | | | | SHR     12.50 | |
| | QTD       Totals | | | | | | SHR     75.00 | |

BA000145

11-28-11
12:20PM
All employees
uniform

**Employee Pay History Report**

**(44042) CHOMPIE'S BAKING COMPANY**

11/22/2009  to 12/31/2011

Page:   4 of  161

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| | 07-01-2011 | 49175 | | | | | | SHR | 12.50 | |
| | 07-15-2011 | 49254 | | | | | | SHR | 12.50 | |
| | 07-29-2011 | 49337 | | | | | | SHR | 12.50 | |
| | 08-12-2011 | 49418 | | | | | | SHR | 12.50 | |
| | 08-26-2011 | 49495 | | | | | | SHR | 12.50 | |
| | 09-09-2011 | 49569 | | | | | | SHR | 12.50 | |
| | 09-23-2011 | 49642 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 87.50 | |
| | 10-07-2011 | 49718 | | | | | | SHR | 12.50 | |
| | 10-21-2011 | 49798 | | | | | | SHR | 12.50 | |
| | 11-04-2011 | 49874 | | | | | | SHR | 12.50 | |
| | 11-18-2011 | 49951 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 50.00 | |
| | Employee | Totals | | | | | | SHR | 375.00 | |
| | Wks Wrkd: | 84 | | | | | | | | |
| 03?? REDACTED | 12-04-2009 | 45321 | | | | | | SHR | 12.50 | |
| | 12-18-2009 | 45428 | | | | | | SHR | 12.50 | |
| | 12-31-2009 | 45531 | | | | | | | | |
| | 12-31-2009 | 45532 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 37.50 | |
| | 01-15-2010 | 45647 | | | | | | SHR | 12.50 | |
| | 01-29-2010 | 45746 | | | | | | SHR | 12.50 | |
| | 02-12-2010 | 45842 | | | | | | SHR | 12.50 | |
| | 02-26-2010 | 45943 | | | | | | SHR | 12.50 | |
| | 03-12-2010 | 46038 | | | | | | SHR | 12.50 | |
| | 03-26-2010 | 46134 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 75.00 | |
| | 04-09-2010 | 46226 | | | | | | SHR | 12.50 | |
| | 04-23-2010 | 46320 | | | | | | SHR | 12.50 | |
| | 05-07-2010 | 46417 | | | | | | SHR | 12.50 | |
| | 05-21-2010 | 46513 | | | | | | SHR | 12.50 | |
| | 06-04-2010 | 46609 | | | | | | SHR | 12.50 | |
| | 06-18-2010 | 46702 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 75.00 | |

11-28-11
12:20PM
All employees
uniform

**Employee Pay History Report**

**(44042) CHOMPIE'S BAKING COMPANY**

11/22/2009  to 12/31/2011

Page:   5 of  161

| Emp.ID.   Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| | 07-02-2010 | 46793 | | | | | | SHR | 12.50 | |
| | 07-16-2010 | 46886 | | | | | | SHR | 12.50 | |
| | 07-30-2010 | 46974 | | | | | | SHR | 12.50 | |
| | 08-13-2010 | 47061 | | | | | | SHR | 12.50 | |
| | 08-27-2010 | 47146 | | | | | | SHR | 12.50 | |
| | 09-10-2010 | 47234 | | | | | | SHR | 12.50 | |
| | 09-24-2010 | 47321 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 87.50 | |
| | 10-08-2010 | 47409 | | | | | | SHR | 12.50 | |
| | 10-22-2010 | 47496 | | | | | | SHR | 12.50 | |
| | 11-05-2010 | 47584 | | | | | | SHR | 12.50 | |
| | 11-19-2010 | 47675 | | | | | | SHR | 12.50 | |
| | 12-03-2010 | 47769 | | | | | | SHR | 12.50 | |
| | 12-17-2010 | 47861 | | | | | | SHR | 12.50 | |
| | 12-31-2010 | 47954 | | | | | | SHR | 12.50 | |
| | 12-31-2010 | 18582 | | | | | | | | |
| | QTD | Totals | | | | | | SHR | 87.50 | |
| | 01-14-2011 | 48051 | | | | | | SHR | 12.50 | |
| | 01-28-2011 | 48146 | | | | | | SHR | 12.50 | |
| | 02-11-2011 | 48242 | | | | | | SHR | 12.50 | |
| | 02-25-2011 | 48337 | | | | | | SHR | 12.50 | |
| | 03-11-2011 | 48432 | | | | | | SHR | 12.50 | |
| | 03-25-2011 | 48529 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 75.00 | |
| | 04-08-2011 | 48625 | | | | | | SHR | 12.50 | |
| | 04-22-2011 | 48718 | | | | | | SHR | 12.50 | |
| | 05-06-2011 | 48809 | | | | | | SHR | 12.50 | |
| | 05-20-2011 | 48896 | | | | | | SHR | 12.50 | |
| | 06-03-2011 | 48976 | | | | | | SHR | 12.50 | |
| | 06-17-2011 | 49056 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 75.00 | |
| | 07-01-2011 | 49134 | | | | | | SHR | 12.50 | |
| | 07-15-2011 | 49212 | | | | | | SHR | 12.50 | |
| | 07-29-2011 | 49293 | | | | | | SHR | 12.50 | |
| | 08-12-2011 | 49374 | | | | | | SHR | 12.50 | |
| | 08-26-2011 | 49452 | | | | | | SHR | 12.50 | |
| | 09-09-2011 | 49530 | | | | | | SHR | 12.50 | |
| | 09-23-2011 | 49602 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 87.50 | |
| | 10-07-2011 | 49674 | | | | | | SHR | 12.50 | |
| | 10-21-2011 | 49752 | | | | | | SHR | 12.50 | |
| | 11-04-2011 | 49830 | | | | | | SHR | 12.50 | |
| | 11-18-2011 | 49907 | | | | | | SHR | 12.50 | |
| | QTD | Totals | | | | | | SHR | 50.00 | |

BA000147

# **EXHIBIT B**

DECLARATION OF VICKI SHAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

| Employee Id | Employee Name | Regular | calc x 2 |
|---|---|---|---|
| 8899 | | 7.35 | 1225 |
| 9645 | REDACTED | | 600 |
| 2918 | | | 125 |
| 8419 | | 7.35 | 1050 |
| 6538 | | 7.35 | 1300 |
| 982 | | 7.35 | 1300 |
| 4180 | | 7.35 | 675 |
| 8961 | | 7.35 | 50 |
| 8836 | | 7.35 | 75 |
| 7228 | | 7.25 | 100 |
| 6999 | | 7.35 | 225 |
| 6404 | | 7.25 | 375 |
| 4369 | | 7.35 | 1300 |
| 8564 | | 7.35 | 1150 |
| 9649 | | 7.25 | 175 |
| 6075 | | 7.35 | 925 |
| 6291 | | 7.25 | 500 |
| 8141 | | 7.35 | 500 |
| 6625 | | 7.25 | 100 |
| 5134 | | 7.35 | 900 |
| 7551 | | 7.35 | 275 |
| 7037 | | 7.35 | 1300 |
| 5808 | | 7.25 | 175 |
| 5007 | | 7.35 | 475 |
| 1434 | | 7.35 | 150 |
| 6271 | | 7.25 | 50 |
| 6502 | | 7.35 | 50 |
| 4268 | | 7.25 | 450 |
| 6713 | | 7.35 | 900 |
| 2414 | | 6.25 | 600 |
| 1806 | | 7.35 | 950 |
| 2515 | | 7.35 | 1125 |
| 7207 | | 7.25 | 125 |
| 5098 | | 7.35 | 425 |
| 331 | | 7.35 | 750 |
| 1663 | | 7.35 | 1087.5 |
| 3160 | | 7.35 | 425 |
| 317 | | 7.25 | 350 |
| 9613 | | 7.25 | 237.5 |
| 6336 | | 7.35 | 225 |
| 5924 | | 7.35 | 1300 |
| 6510 | | 7.25 | 725 |
| 8278 | | 7.35 | 1350 |
| 2586 | | 7.25 | 50 |
| 932 | | 7.25 | 650 |
| 1698 | | 7.25 | 125 |
| 7526 | | 7.25 | 650 |
| 4615 | | 7.35 | 500 |
| 1507 | | 7.35 | 1175 |
| 9689 | | 7.35 | 50 |
| 8611 | | 7.35 | 150 |
| | Total | | 29500 |
| | | | x 2 |

identifies currently employed
identifies employees prior to limit

BA000001

# EXHIBIT C

DECLARATION OF VICKI SHAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

0000/1167

Act Notice, see back of Copy D.

**Do Not Cut, Fold, or Staple Forms on this Page**

| 22222 | Void | a Employee's social security number REDACTED | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | | 1 Wages, tips, other compensation 2051.76 | 2 Federal income tax withheld 5.40 |
|---|---|---|---|

| c Employer's name, address, and ZIP code BADA BING BAKERY LLC CHOMPIES BAKING COMPANY 220 S 9TH ST PHOENIX, AZ 85034 | 3 Social security wages 2051.76 | 4 Social security tax withheld 127.21 |
|---|---|---|

| | 5 Medicare wages and tips 2051.76 | 6 Medicare tax withheld 29.75 |
|---|---|---|

| | 7 Social security tips | 8 Allocated tips |
|---|---|---|

| d Control number 003-44042-090108 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial ROBERT | Last name OROZCO | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|

REDACTED

| 13 Statutory employee | Retirement plan | Third-party sick pay | 12b |
|---|---|---|---|

| 14 Other | 12c |
|---|---|

| | 12d |
|---|---|

f Employee's address and ZIP code

| 15 State AZ | Employer's state ID number REDACTED | 16 State wages, tips, etc. 2051.76 | 17 State income tax 0.62 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement**
Copy D - For Employer

**2009**

0000/1167

Department of the Treasury -- Internal Revenue Service

For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

(COMPUPAY - LW2DC)

BA000356

| 22222 | Void | a Employee's social security number **REDACTED** | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation 14658.63 | 2 Federal income tax withheld 81.07 | |
| c Employer's name, address, and ZIP code | | | 3 Social security wages 14658.63 | 4 Social security tax withheld 908.84 | |
| BADA BING BAKERY LLC CHOMPIES BAKING COMPANY 220 S 9TH ST PHOENIX, AZ 85034 | | | 5 Medicare wages and tips 14658.63 | 6 Medicare tax withheld 212.55 | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Control number 003-44042-100113 | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial ROBERT | Last name OROZCO | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 | |
| **REDACTED** | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b | |
| | | | 14 Other | 12c | |
| f Employee's address and ZIP code | | | | 12d | |

| 15 State AZ | Employer's state ID number **REDACTED** | 16 State wages, tips, etc. 14658.63 | 17 State income tax 94.39 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy D - For Employer

**2010**

0000/1167

Department of the Treasury -- Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**Do Not Cut, Fold, or Staple Forms on this Page**

BA000357

| 22222 | Void | a Employee's social security number REDACTED | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number (EI | | | 1 Wages, tips, other compensation 10964.10 | 2 Federal income tax withheld 17.63 | |
| c Employer's name, address, and ZIP code BADA BING BAKERY LLC CHOMPIES BAKING COMPANY 220 S 9TH ST PHOENIX, AZ 85034 | | | 3 Social security wages 10964.10 | 4 Social security tax withheld 460.50 | |
| | | | 5 Medicare wages and tips 10964.10 | 6 Medicare tax withheld 158.95 | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Control number 003-44042-110088 | | | 9 | 10 Dependent care benefits | |
| e Employee's first name and initial ROBERT | Last name OROZCO | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 | |
| REDACTED | | | 13 Statutory employee   Retirement plan   Third-party sick pay | 12b | |
| | | | 14 Other | 12c | |
| f Employee's address and ZIP code | | | | 12d | |
| 15 State   Employer's state ID number AZ   REDACTED | 16 State wages, tips, etc. 10964.10 | 17 State income tax 142.53 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** **Wage and Tax Statement**
Copy D - For Employer

**2011**

0000/1167

Department of the Treasury -- Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

(COMPUPAY · LW2D11)

BA000358

# **EXHIBIT D**

## DECLARATION OF VICKI SHAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:    1 of   6

BA000359

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1663  OROZCO, ROBERT | | | | | | | | | | | |
| REDACTED | 11-20-2009 | 45265 | Regular | 62.75 | 454.94 | 484.85 | Soc. | 30.06 | | | 447.76 |
| | | | Overtime | 2.75 | 29.91 | | Medi | 7.03 | | | |
| | 12-04-2009 | 45377 | Regular | 80.00 | 580.00 | 751.28 | Soc. | 46.58 | | | 687.79 |
| | | | Overtime | 15.75 | 171.28 | | Medi | 10.89 | | | |
| | | | | | | | FWT | 5.40 | | | |
| | | | | | | | SWT | 0.62 | | | |
| | 12-18-2009 | 45478 | Regular | 66.00 | 478.50 | 478.50 | Soc. | 29.67 | SHR | 12.50 | 429.39 |
| | | | | | | | Medi | 6.94 | | | |
| | 12-31-2009 | 45594 | Regular | 46.50 | 337.13 | 337.13 | Soc. | 20.90 | SHR | 12.50 | 298.84 |
| | | | | | | | Medi | 4.89 | | | |
| | QTD | Totals | Regular | 255.25 | 1,850.57 | 2,051.76 | Soc. | 127.21 | SHR | 25.00 | 1,863.78 |
| | | | Overtime | 18.50 | 201.19 | | Medi | 29.75 | | | |
| | | | | | | | FWT | 5.40 | | | |
| | | | | | | | SWT | 0.62 | | | |
| | 01-15-2010 | 45698 | Regular | 69.25 | 502.06 | 502.06 | Soc. | 31.13 | SHR | 12.50 | 451.15 |
| | | | | | | | Medi | 7.28 | | | |
| | 01-29-2010 | 45797 | Regular | 80.00 | 580.00 | 849.16 | Soc. | 52.65 | SHR | 12.50 | 748.59 |
| | | | Overtime | 24.75 | 269.16 | | Medi | 12.31 | | | |
| | | | | | | | FWT | 20.88 | | | |
| | | | | | | | SWT | 2.23 | | | |
| | 02-12-2010 | 45894 | Regular | 80.00 | 580.00 | 743.13 | Soc. | 46.07 | SHR | 12.50 | 663.89 |
| | | | Overtime | 15.00 | 163.13 | | Medi | 10.78 | | | |
| | | | | | | | FWT | 8.93 | | | |
| | | | | | | | SWT | 0.96 | | | |
| | 02-26-2010 | 45994 | Regular | 80.00 | 580.00 | 754.00 | Soc. | 46.75 | SHR | 12.50 | 672.73 |
| | | | Overtime | 16.00 | 174.00 | | Medi | 10.93 | | | |
| | | | | | | | FWT | 10.02 | | | |
| | | | | | | | SWT | 1.07 | | | |
| | 03-12-2010 | 46091 | Regular | 80.00 | 580.00 | 748.56 | Soc. | 46.41 | SHR | 12.50 | 668.32 |
| | | | Overtime | 15.50 | 168.56 | | Medi | 10.85 | | | |
| | | | | | | | FWT | 9.47 | | | |
| | | | | | | | SWT | 1.01 | | | |
| | 03-26-2010 | 46183 | Regular | 79.25 | 574.56 | 778.47 | Soc. | 48.27 | SHR | 12.50 | 692.62 |

04-23-12
12:27PM
1663 - OROZCO, ROBERT

Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:    2 of  6

BA000360

| Emp.ID. Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Overtime | 18.75 | 203.91 | | Medi | 11.29 | | | |
| | | | | | | | FWT | 12.46 | | | |
| | | | | | | | SWT | 1.33 | | | |
| | QTD | Totals | **Regular** | **468.50** | **3,396.62** | **4,375.38** | **Soc.** | **271.28** | **SHR** | **75.00** | **3,897.30** |
| | | | **Overtime** | **90.00** | **978.76** | | **Medi** | **63.44** | | | |
| | | | | | | | **FWT** | **61.76** | | | |
| | | | | | | | **SWT** | **6.60** | | | |
| | 04-09-2010 | 46277 | Regular | 80.00 | 580.00 | 773.03 | Soc. | 47.93 | SHR | 12.50 | 688.19 |
| | | | Overtime | 17.75 | 193.03 | | Medi | 11.21 | | | |
| | | | | | | | FWT | 11.92 | | | |
| | | | | | | | SWT | 1.28 | | | |
| | 04-23-2010 | 46375 | Regular | 78.25 | 567.31 | 727.72 | Soc. | 45.12 | SHR | 12.50 | 651.37 |
| | | | Overtime | 14.75 | 160.41 | | Medi | 10.55 | | | |
| | | | | | | | FWT | 7.39 | | | |
| | | | | | | | SWT | 0.79 | | | |
| | 05-07-2010 | 46471 | Regular | 67.75 | 491.19 | 548.28 | Soc. | 33.99 | SHR | 12.50 | 493.84 |
| | | | Overtime | 5.25 | 57.09 | | Medi | 7.95 | | | |
| | 05-21-2010 | 46567 | Regular | 74.50 | 540.13 | 540.13 | Soc. | 33.49 | SHR | 12.50 | 486.31 |
| | | | | | | | Medi | 7.83 | | | |
| | 06-04-2010 | 46661 | Regular | 75.75 | 549.19 | 562.78 | Soc. | 34.89 | SHR | 12.50 | 407.23 |
| | | | Overtime | 1.25 | 13.59 | | Medi | 8.16 | ADV | 100.00 | |
| | 06-18-2010 | 46752 | Regular | 74.00 | 536.50 | 536.50 | Soc. | 33.26 | SHR | 12.50 | 382.96 |
| | | | | | | | Medi | 7.78 | ADV | 100.00 | |
| | QTD | Totals | **Regular** | **450.25** | **3,264.32** | **3,688.44** | **Soc.** | **228.68** | **SHR** | **75.00** | **3,109.90** |
| | | | **Overtime** | **39.00** | **424.12** | | **Medi** | **53.48** | **ADV** | **200.00** | |
| | | | | | | | **FWT** | **19.31** | | | |
| | | | | | | | **SWT** | **2.07** | | | |
| | 07-02-2010 | 46843 | Regular | 71.75 | 520.19 | 536.50 | Soc. | 33.26 | SHR | 12.50 | 475.99 |
| | | | Overtime | 1.50 | 16.31 | | Medi | 7.78 | | | |
| | | | | | | | SWT | 6.97 | | | |
| | 07-16-2010 | 46934 | Regular | 9.75 | 70.69 | 70.69 | Soc. | 4.38 | SHR | 12.50 | 51.86 |
| | | | | | | | Medi | 1.03 | | | |
| | | | | | | | SWT | 0.92 | | | |
| | 08-27-2010 | 47192 | Regular | 40.00 | 290.00 | 290.00 | Soc. | 17.98 | SHR | 12.50 | 251.54 |
| | | | | | | | Medi | 4.21 | | | |

04-23-12
12:27PM
1663 - OROZCO, ROBERT

Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009 to 12/31/2012

Page:    3 of   6

BA000361

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09-10-2010 | 47280 | Regular | 79.75 | 578.19 | 632.57 | SWT | 3.77 | | | 563.46 |
| | | | | | | | Soc. | 39.22 | SHR | 12.50 | |
| | | | Overtime | 5.00 | 54.38 | | Medi | 9.17 | | | |
| | 09-24-2010 | 47368 | Regular | 80.00 | 580.00 | 710.50 | SWT | 8.22 | | | 634.41 |
| | | | | | | | Soc. | 44.05 | SHR | 12.50 | |
| | | | Overtime | 12.00 | 130.50 | | Medi | 10.30 | | | |
| | | | | | | | SWT | 9.24 | | | |
| | QTD | Totals | **Regular** | **281.25** | **2,039.07** | **2,240.26** | **Soc.** | **138.89** | **SHR** | **62.50** | **1,977.26** |
| | | | **Overtime** | **18.50** | **201.19** | | **Medi** | **32.49** | | | |
| | | | | | | | **SWT** | **29.12** | | | |
| | 10-08-2010 | 47456 | Regular | 70.00 | 507.50 | 507.50 | Soc. | 31.47 | SHR | 12.50 | 449.57 |
| | | | | | | | Medi | 7.36 | | | |
| | | | | | | | SWT | 6.60 | | | |
| | 10-22-2010 | 47544 | Regular | 78.75 | 570.94 | 581.82 | Soc. | 36.07 | SHR | 12.50 | 517.25 |
| | | | Overtime | 1.00 | 10.88 | | Medi | 8.44 | | | |
| | | | | | | | SWT | 7.56 | | | |
| | 11-05-2010 | 47634 | Regular | 78.50 | 569.13 | 609.91 | Soc. | 37.81 | SHR | 12.50 | 542.83 |
| | | | Overtime | 3.75 | 40.78 | | Medi | 8.84 | | | |
| | | | | | | | SWT | 7.93 | | | |
| | 11-19-2010 | 47725 | Regular | 80.00 | 580.00 | 794.78 | Soc. | 49.28 | SHR | 12.50 | 711.15 |
| | | | Overtime | 19.75 | 214.78 | | Medi | 11.52 | | | |
| | | | | | | | SWT | 10.33 | | | |
| | 12-03-2010 | 47820 | Regular | 80.00 | 580.00 | 759.44 | Soc. | 47.09 | SHR | 12.50 | 678.97 |
| | | | Overtime | 16.50 | 179.44 | | Medi | 11.01 | | | |
| | | | | | | | SWT | 9.87 | | | |
| | 12-17-2010 | 47913 | Regular | 70.75 | 512.94 | 523.82 | Soc. | 32.48 | SHR | 12.50 | 464.43 |
| | | | Overtime | 1.00 | 10.88 | | Medi | 7.60 | | | |
| | | | | | | | SWT | 6.81 | | | |
| | 12-31-2010 | 48009 | Regular | 76.25 | 552.81 | 577.28 | Soc. | 35.79 | SHR | 12.50 | 363.12 |
| | | | Overtime | 2.25 | 24.47 | | Medi | 8.37 | ADV | 150.00 | |
| | | | | | | | SWT | 7.50 | | | |
| | QTD | Totals | **Regular** | **534.25** | **3,873.32** | **4,354.55** | **Soc.** | **269.99** | **SHR** | **87.50** | **3,727.32** |
| | | | **Overtime** | **44.25** | **481.23** | | **Medi** | **63.14** | **ADV** | **150.00** | |
| | | | | | | | **SWT** | **56.60** | | | |
| | 01-14-2011 | 48105 | Regular | 40.00 | 294.00 | 603.82 | Soc. | 25.36 | SHR | 12.50 | 399.35 |

BA000362

04-23-12
12:27PM
1663 - OROZCO, ROBERT
Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:     4 of   6

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Overtime | 5.25 | 57.88 | | Medi | 8.76 | ADV | 150.00 | |
| | | | Special | 34.75 | 251.94 | | SWT | 7.85 | | | |
| | 01-28-2011 | 48202 | Regular | 80.00 | 588.00 | 684.47 | Soc. | 28.75 | SHR | 12.50 | 624.40 |
| | | | Overtime | 8.75 | 96.47 | | Medi | 9.92 | | | |
| | | | | | | | SWT | 8.90 | | | |
| | 02-11-2011 | 48296 | Regular | 80.00 | 588.00 | 794.72 | Soc. | 33.38 | SHR | 12.50 | 720.59 |
| | | | Overtime | 18.75 | 206.72 | | Medi | 11.52 | | | |
| | | | | | | | FWT | 6.40 | | | |
| | | | | | | | SWT | 10.33 | | | |
| | 02-25-2011 | 48390 | Regular | 80.00 | 588.00 | 678.96 | Soc. | 28.52 | SHR | 12.50 | 619.27 |
| | | | Overtime | 8.25 | 90.96 | | Medi | 9.84 | | | |
| | | | | | | | SWT | 8.83 | | | |
| | 03-11-2011 | 48486 | Regular | 73.75 | 542.06 | 627.50 | Soc. | 26.36 | SHR | 12.50 | 571.38 |
| | | | Overtime | 7.75 | 85.44 | | Medi | 9.10 | | | |
| | | | | | | | SWT | 8.16 | | | |
| | 03-25-2011 | 48583 | Regular | 61.25 | 450.19 | 450.19 | Soc. | 18.91 | SHR | 12.50 | 406.40 |
| | | | | | | | Medi | 6.53 | | | |
| | | | | | | | SWT | 5.85 | | | |
| | QTD | Totals | **Regular** | **415.00** | **3,050.25** | **3,839.66** | **Soc.** | **161.28** | **SHR** | **75.00** | **3,341.39** |
| | | | **Overtime** | **48.75** | **537.47** | | **Medi** | **55.67** | **ADV** | **150.00** | |
| | | | **Special** | **34.75** | **251.94** | | **FWT** | **6.40** | | | |
| | | | | | | | **SWT** | **49.92** | | | |
| | 04-08-2011 | 48677 | Regular | 79.75 | 586.16 | 790.12 | Soc. | 33.19 | SHR | 12.50 | 416.76 |
| | | | Overtime | 18.50 | 203.96 | | Medi | 11.46 | ADV | 300.00 | |
| | | | | | | | FWT | 5.94 | | | |
| | | | | | | | SWT | 10.27 | | | |
| | 04-22-2011 | 48770 | Regular | 73.50 | 540.23 | 603.62 | Soc. | 25.35 | SHR | 12.50 | 549.17 |
| | | | Overtime | 5.75 | 63.39 | | Medi | 8.75 | | | |
| | | | | | | | SWT | 7.85 | | | |
| | 05-06-2011 | 48859 | Regular | 23.75 | 174.56 | 424.90 | Soc. | 17.85 | SHR | 12.50 | 382.87 |
| | | | Vacation | 34.06 | 250.34 | | Medi | 6.16 | | | |
| | | | | | | | SWT | 5.52 | | | |
| | 05-20-2011 | 48942 | Regular | 62.50 | 459.38 | 459.38 | Soc. | 19.29 | SHR | 12.50 | 414.96 |
| | | | | | | | Medi | 6.66 | | | |
| | | | | | | | SWT | 5.97 | | | |

BA000363

04-23-12
12:27PM
1663 - OROZCO, ROBERT
Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**
(44042) CHOMPIES BAKING COMPANY
11/01/2009  to 12/31/2012

Page:   5 of   6

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06-03-2011 | 49019 | Regular | 65.25 | 479.59 | 479.59 | Soc. | 20.14 | SHR | 12.50 | 433.77 |
| | | | | | | | Medi | 6.95 | | | |
| | | | | | | | SWT | 6.23 | | | |
| | 06-17-2011 | 49097 | Regular | 74.00 | 543.90 | 543.90 | Soc. | 22.84 | SHR | 12.50 | 493.60 |
| | | | | | | | Medi | 7.89 | | | |
| | | | | | | | SWT | 7.07 | | | |
| | QTD | Totals | Regular | 378.75 | 2,783.82 | 3,301.51 | Soc. | 138.66 | SHR | 75.00 | 2,691.13 |
| | | | Overtime | 24.25 | 267.35 | | Medi | 47.87 | ADV | 300.00 | |
| | | | Vacation | 34.06 | 250.34 | | FWT | 5.94 | | | |
| | | | | | | | SWT | 42.91 | | | |
| | 07-01-2011 | 49176 | Regular | 56.25 | 413.44 | 413.44 | Soc. | 17.36 | SHR | 12.50 | 372.22 |
| | | | | | | | Medi | 5.99 | | | |
| | | | | | | | SWT | 5.37 | | | |
| | 07-15-2011 | 49255 | Regular | 49.50 | 363.83 | 452.03 | Soc. | 18.99 | | | 420.61 |
| | | | Overtime | 8.00 | 88.20 | | Medi | 6.55 | | | |
| | | | | | | | SWT | 5.88 | | | |
| | 07-29-2011 | 49338 | Regular | 58.50 | 429.98 | 429.98 | Soc. | 18.06 | SHR | 12.50 | 387.60 |
| | | | | | | | Medi | 6.23 | | | |
| | | | | | | | SWT | 5.59 | | | |
| | 08-12-2011 | 49419 | Regular | 79.00 | 580.65 | 663.34 | Soc. | 27.86 | SHR | 12.50 | 604.74 |
| | | | Overtime | 7.50 | 82.69 | | Medi | 9.62 | | | |
| | | | | | | | SWT | 8.62 | | | |
| | 08-26-2011 | 49496 | Regular | 80.00 | 588.00 | 783.69 | Soc. | 32.91 | SHR | 12.50 | 711.44 |
| | | | Overtime | 17.75 | 195.69 | | Medi | 11.36 | | | |
| | | | | | | | FWT | 5.29 | | | |
| | | | | | | | SWT | 10.19 | | | |
| | 09-09-2011 | 49570 | Regular | 80.00 | 588.00 | 692.74 | Soc. | 29.10 | SHR | 12.50 | 632.09 |
| | | | Overtime | 9.50 | 104.74 | | Medi | 10.04 | | | |
| | | | | | | | SWT | 9.01 | | | |
| | 09-23-2011 | 49643 | Regular | 52.00 | 382.20 | 387.71 | Soc. | 16.28 | SHR | 6.25 | 354.52 |
| | | | Overtime | 0.50 | 5.51 | | Medi | 5.62 | | | |
| | | | | | | | SWT | 5.04 | | | |
| | QTD | Totals | Regular | 455.25 | 3,346.10 | 3,822.93 | Soc. | 160.56 | SHR | 68.75 | 3,483.22 |
| | | | Overtime | 43.25 | 476.83 | | Medi | 55.41 | | | |
| | | | | | | | FWT | 5.29 | | | |

BA000364

04-23-12
12:27PM

1663 - OROZCO, ROBERT

Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**
(44042) CHOMPIES BAKING COMPANY
11/01/2009 to 12/31/2012

Page:    6 of   6

| Emp.ID. Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Totals<br>Wks Wrkd: | | 94 | Regular | 3,238.50 | 23,604.07 | 27,674.49 | SWT | 49.70 | | | 24,091.30 |
| | | | Overtime | 326.50 | 3,568.14 | | Soc. | 1,496.55 | SHR | 543.75 | |
| | | | Vacation | 34.06 | 250.34 | | Medi | 401.25 | ADV | 800.00 | |
| | | | Special | 34.75 | 251.94 | | FWT | 104.10 | | | |
| | | | | | | | SWT | 237.54 | | | |