Sharon S. Moyer No. 013341
Sharon.Moyer@SacksTierney.com
Adrian L. Barton No. 025359
Adrian.Barton@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| ROBERT OROZCO; and a class of others similarly situated, | No. 2:11-cv-02305-PHX-FJM |
|---|---|
| Plaintiffs, | **SECOND DECLARATION OF SHIRLI BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| MARK S. and MONA BORENSTEIN, husband and wife; NEAL and SHIRLI BORENSTEIN, husband and wife; BADA BING BAKERY L.L.C., an Arizona Corporation, | (Assigned to the Honorable Frederick J. Martone) |
| Defendants. | |

I, Shirli Borenstein, declare as follows:

1.      My name is Shirli Borenstein.  I am one of the owners of Bada Bing Bakery, L.L.C. (the "Bakery").  Unless otherwise stated, I have personal knowledge of the facts set forth herein or my testimony is based on review of relevant documents.  I am over 21 years of age, have never been convicted of a felony, am of sound mind and am competent to testify to the facts stated in this Declaration.

2.      Plaintiff Robert Orozco ("Orozco") explains in his Declaration that he was never terminated from the Bakery.  Orozco is correct in the sense that it is the Bakery's policy that if an employee is a no call/no show, he or she is deemed to have voluntarily quit, and his employment is terminated.  This is a distinction without a difference.

846656

3.     As I previously advised, Orozco was hired on November 3, 2009. A true and correct copy of the document reflecting such, which is kept in the ordinary course of business, is attached hereto as Exhibit A.

4.     On June 29, 2010, Orozco was a no call/no show, so on June 30, 2010, consistent with company policy, Orozco was deemed to have voluntarily quit, and his employment was terminated. A true and correct copy of the document reflecting such, which is kept in the ordinary course of business, is attached hereto as Exhibit B.

5.     The Bakery rehired Orozco on August 16, 2010, but he again was a no call/no show for several days starting on September 13, 2011. As a result, on September 15, 2011, Orozco was again terminated from the Bakery. True and correct copies of the documents reflecting such, which are kept in the ordinary course of business, are attached hereto as Exhibit C. At that time, the Bakery determined that Orozco was no longer eligible for rehire. (Ex. C).

6.     Although Orozco states that he quit and returned to work three times, a true and correct copy of Orozco's Payroll History Report reflecting no substantial gaps in his employment other than between July and August 2010 (as explained above) is attached hereto as Exhibit D. There was a short insubstantial gap in late June 2011 because Orozco was again a no call/no show, and although the Bakery commenced the paper work to terminate him at that time, Orozco provided an excuse to the Plant Manager and implored him to make an exception, which the Plant Manager did.

7.     Orozco claims that upon hire, $5 for a time card and $10 for a key card was deducted from his pay. The pay check stub that Orozco produced as part of his initial disclosures from his first pay period after he was rehired on August 16, 2010 shows that there were no deductions made from his first paycheck for a time or key. A true and correct copy of the pay check stub that Orozco produced reflecting such is attached hereto as Exhibit E.

8.     Orozco has not worked at the Bakery since his "voluntary quit" due to no call/no show on September 15, 2011, and as Exhibit C indicates, he is not eligible for rehire

846656

2

1   at the Bakery in the future.

2        9.    At the time of hire, all Bakery employees are advised in writing that

3   Maricopa County Health Department requires all employees, working in a food related

4   industry, to acquire a Food Handlers Card directly from the County. A true and correct

5   copy of the notice that is provided to employees is attached hereto as Exhibit F. The

6   requirement that one must have a food handlers card before working at a food

7   establishment like the Bakery is required by Chapter VII, Regulation 2 of the Maricopa

8   County Environmental Health Code.

9        10.   The Bakery has never paid for the employees to obtain their food handlers

10   card. This is because the card is the property of the employee, and he or she is free to take

11   the card to any food establishment in order to qualify for employment. Indeed, when

12   Orozco was terminated in September 2011, he took his Food Handler Card with him.

13        11.   Additionally, it would not make financial sense for the Bakery to agree to

14   incur this cost because there is a high amount of turn-over in the bakery business; thus,

15   such a practice would not be at all cost effective.

16        12.   At the December 28, 2011 meeting that I attended with my counsel, opposing

17   counsel arrived in the lobby of counsel's office with a high ranking UFWC representative.

18   Once opposing counsel entered the conference room, he emphatically advised me and my

19   counsel that the suit was not about the employees and that their issues were negligible. He

20   blatantly stated that this suit is about the UFCW's wish that the Bakery succumb to the

21   UFCW's organizing efforts and he admitted that the UFCW is paying his attorney fees. He

22   further stated that filing FLSA lawsuits to coerce union concessions is a common strategy

23   employed by unions. Given the cases cited in Orozco's Response brief regarding the union

24   involvement issue, I believe that statement by opposing counsel appears to be true.

25

26

27

28

846656

3

1        I declare under the penalty of perjury that the foregoing is true and correct to the best

2    of my knowledge, information and belief.

3        Dated this _21st_ day of May, 2012.

4

5

6                                     Shirli Borenstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

846656

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on May 21, 2012, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Nicholas J. Enoch, Esq.

Jarrrett J. Haskovec

7

LUBIN & ENOCH, P.C.

349 North Fourth Avenue

8

Phoenix, AZ 85003-1505

9

Attorneys for Plaintiffs

10

11

I hereby certify that on May 21, 2012, I caused to be hand-delivered the attached

12

document to the following recipient:

13

14

Honorable Frederick J. Martone

District of Arizona Court

15

401 W. Washington Street

Phoenix, AZ 85003

16

17

18

19

_/s/ Silvia Miranda_

20

21

22

23

24

25

26

27

28

846656

# EXHIBIT A

## SECOND DECLARATION OF SHIRLEY BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.



## Chompie's New Hire Check List

Name **Robert Issac Orozco**          Hire Date **11-3-09**
*(Nombre)*

**REDACTED**

Address _____
*(Direcci* **REDACTED**                    **REDACTED**

City _____     State _____   Zip Code _____
*(Ciudad)*                *(Estado)*      *(Codigo Postal)*

Phone Number ( ) _____   Cell Number  **REDACTED**
*(Telefono)*   **REDACTED**        *(Celular)*

D.O.B _____                    Social Sec. #: _____
*(Fecha de Nacimiento)*          *(Seguro Social)*

*In Case of Emergency (En causa de emegencia):*
Contact Name ____ **REDACTED** —  Contact Phone: _____
*(Nombre de contacto)*              *(Telefono de Contacto)*

Relationship to employee: _____
*(Relacion al empleado)*

*****************************************************************

***For Administrative Purposes:***

1) _____ Filled out Application
2) _____ Federal Tax Form (W-4)
3) _____ State Tax Form (A-4)
4) _____ Completed I-9  **(Copy of ID's)**
5) _____ Employment Agreement
6) _____ Food Handlers Card
7) _____ Harassment Policy Agreement
8) _____ Employee Non-Disclosure Agreement
9) _____ Uniform Rental Program Form
10)_____ Entered into **Genesis** and **CompuPay**
11)_____ Handbook Acknowledgement Form
12)_____ GMP Acknowledgement Forms

Employee Number _____   Rate Code **7.25** Department _____

Badge Number **0161**          Parking Pass Number _____

E-Verified **11/4/09**          Handling Card Due Date: **12/4/09**

# EXHIBIT B

## SECOND DECLARATION OF SHIRLEY BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

## CHOMPIE'S PERSONNEL FORM          CompuPay / Time

Roberto Orozco | 84 | 6-30-10

**Employee Name**                    **Store/Department**          **Today's Date**

### DEPARTMENT OR STORE CHANGE

**New Dept/Store**          **Old Dept/Store**          **Effective Date**

### DISCIPLINARY ACTION

**Disciplined by:** _____
**Date / dates of violation:** _____
**Type of violation:** _____

- ☑ ~~Verbal Warning~~
- ❑ **Written Warning**
- ❑ **Suspension without pay**
- ❑ **Termination** (Quit) / **Discharged / Layoff**  (please circle)

### DISCIPLINARY ACTION / GENERAL COMMENTS / OTHER (please circle):

Roberto Was a No Call No Show on 6-29-10

No Call / No Show Again 6/30/10

_____
_____
_____
_____
_____
_____

### VACATION

**Number of Days Requested:** _____ **From:** _____ **To:** _____

_Rt R Chly_

**MANAGER'S SIGNATURE**                    **EMPLOYEE'S SIGNATURE**

Need Punch Card
Need Key Fab
~~Need~~

# EXHIBIT C

## SECOND DECLARATION OF SHIRLEY BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

# Chompies Personnel Form

**CompuPay** _____          **Genesis** _____

Employee Name _Rebeca Crazco_____ Dept.# _83___ Date _9/15/11_

## Department/Position Change _____

New Dept.# _____ Old Dept # _____ Effective Date _____
New Position _____ Old Position _____

## Request for Vacation / Days off _____

Number of days/hrs requested: _____ From: _____ To: _____

Initial Manager approval: _____ Paid:    Yes        No

Eligible Hours: _____ Date Range:_____

*30 day notice on vacation request          *7 day notice on non vacation request          DOH: _____

## Termination ____

Voluntary Quit _✓_ Discharged _____ Layoff _____ Leave of Absence _____
Last day worked: _9/12/11_____          Eligible for rehire:    Yes    (No)

### Items to be returned

Time Card _need_    Keys _____    Uniforms _need_    Keyfab _need_

### Termination / Removal

Insurance _____ Direct Deposit _____ Aflac / Dental _____
401K _____                    Email _____

Manager Signature _R.l f Clly_          Date _9/15/11_

_3 days   No  Call  No Show_



Human Resources Department
220 S. 9th Street, Suite 400
Phoenix, AZ 85034
602-765-7136

VIA REGULAR AND CERTIFIED MAIL

September 21, 2011

Roberto Orozco
**REDACTED**

Re:    Acknowledgement of Voluntary Resignation

Dear Mr. Orozco:

This letter is to affirm that you were scheduled to work on 9/13/2011 through 9/16/2011. On 9/13/2011, 9/14/2011, 9/15/2011, and 9/16/2011 you did not present yourself to work nor did you contact your supervisor to notify him that you would not be coming to work. As of the writing of this letter, you have not returned to work nor have you contacted Chompie's to notify us of your absence.

Per Chompie's policy, any absence without notification of the immediate supervisor will be considered a voluntary resignation. This letter is to acknowledge your voluntary resignation.

Sincerely,

Eunice Batista
Human Resources Manager

# **EXHIBIT D**

## SECOND DECLARATION OF SHIRLEY BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

04-23-12
12:27PM
1663 - OROZCO, ROBERT

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:    1 of    6

BA000359

Standard Pay History Report(All Payroll Items)

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1663   OROZCO, ROBERT** | | | | | | | | | | | |
| **REDACTED** | 11-20-2009 | 45265 | Regular | 62.75 | 454.94 | 484.85 | Soc. | 30.06 | | | 447.76 |
| | | | Overtime | 2.75 | 29.91 | | Medi | 7.03 | | | |
| | 12-04-2009 | 45377 | Regular | 80.00 | 580.00 | 751.28 | Soc. | 46.58 | | | 687.79 |
| | | | Overtime | 15.75 | 171.28 | | Medi | 10.89 | | | |
| | | | | | | | FWT | 5.40 | | | |
| | | | | | | | SWT | 0.62 | | | |
| | 12-18-2009 | 45478 | Regular | 66.00 | 478.50 | 478.50 | Soc. | 29.67 | SHR | 12.50 | 429.39 |
| | | | | | | | Medi | 6.94 | | | |
| | 12-31-2009 | 45594 | Regular | 46.50 | 337.13 | 337.13 | Soc. | 20.90 | SHR | 12.50 | 298.84 |
| | | | | | | | Medi | 4.89 | | | |
| | QTD | Totals | **Regular** | **255.25** | **1,850.57** | **2,051.76** | **Soc.** | **127.21** | **SHR** | **25.00** | **1,863.78** |
| | | | **Overtime** | **18.50** | **201.19** | | **Medi** | **29.75** | | | |
| | | | | | | | **FWT** | **5.40** | | | |
| | | | | | | | **SWT** | **0.62** | | | |
| | 01-15-2010 | 45698 | Regular | 69.25 | 502.06 | 502.06 | Soc. | 31.13 | SHR | 12.50 | 451.15 |
| | | | | | | | Medi | 7.28 | | | |
| | 01-29-2010 | 45797 | Regular | 80.00 | 580.00 | 849.16 | Soc. | 52.65 | SHR | 12.50 | 748.59 |
| | | | Overtime | 24.75 | 269.16 | | Medi | 12.31 | | | |
| | | | | | | | FWT | 20.88 | | | |
| | | | | | | | SWT | 2.23 | | | |
| | 02-12-2010 | 45894 | Regular | 80.00 | 580.00 | 743.13 | Soc. | 46.07 | SHR | 12.50 | 663.89 |
| | | | Overtime | 15.00 | 163.13 | | Medi | 10.78 | | | |
| | | | | | | | FWT | 8.93 | | | |
| | | | | | | | SWT | 0.96 | | | |
| | 02-26-2010 | 45994 | Regular | 80.00 | 580.00 | 754.00 | Soc. | 46.75 | SHR | 12.50 | 672.73 |
| | | | Overtime | 16.00 | 174.00 | | Medi | 10.93 | | | |
| | | | | | | | FWT | 10.02 | | | |
| | | | | | | | SWT | 1.07 | | | |
| | 03-12-2010 | 46091 | Regular | 80.00 | 580.00 | 748.56 | Soc. | 46.41 | SHR | 12.50 | 668.32 |
| | | | Overtime | 15.50 | 168.56 | | Medi | 10.85 | | | |
| | | | | | | | FWT | 9.47 | | | |
| | | | | | | | SWT | 1.01 | | | |
| | 03-26-2010 | 46183 | Regular | 79.25 | 574.56 | 778.47 | Soc. | 48.27 | SHR | 12.50 | 692.62 |

* Denotes Employer Match

04-23-12
12:27PM

**Employee Pay History Report**

Page:    2 of   6

(44042) CHOMPIES BAKING COMPANY

1663 - OROZCO, ROBERT

11/01/2009  to 12/31/2012

Standard Pay History Report(All Payroll Items)

BA000360

| Emp.ID.   Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Overtime | 18.75 | 203.91 | | Medi | 11.29 | | | |
| | | | | | | | FWT | 12.46 | | | |
| | | | | | | | SWT | 1.33 | | | |
| | QTD | Totals | Regular | 468.50 | 3,396.62 | 4,375.38 | Soc. | 271.28 | SHR | 75.00 | 3,897.30 |
| | | | Overtime | 90.00 | 978.76 | | Medi | 63.44 | | | |
| | | | | | | | FWT | 61.76 | | | |
| | | | | | | | SWT | 6.60 | | | |
| | 04-09-2010 | 46277 | Regular | 80.00 | 580.00 | 773.03 | Soc. | 47.93 | SHR | 12.50 | 688.19 |
| | | | Overtime | 17.75 | 193.03 | | Medi | 11.21 | | | |
| | | | | | | | FWT | 11.92 | | | |
| | | | | | | | SWT | 1.28 | | | |
| | 04-23-2010 | 46375 | Regular | 78.25 | 567.31 | 727.72 | Soc. | 45.12 | SHR | 12.50 | 651.37 |
| | | | Overtime | 14.75 | 160.41 | | Medi | 10.55 | | | |
| | | | | | | | FWT | 7.39 | | | |
| | | | | | | | SWT | 0.79 | | | |
| | 05-07-2010 | 46471 | Regular | 67.75 | 491.19 | 548.28 | Soc. | 33.99 | SHR | 12.50 | 493.84 |
| | | | Overtime | 5.25 | 57.09 | | Medi | 7.95 | | | |
| | 05-21-2010 | 46567 | Regular | 74.50 | 540.13 | 540.13 | Soc. | 33.49 | SHR | 12.50 | 486.31 |
| | | | | | | | Medi | 7.83 | | | |
| | 06-04-2010 | 46661 | Regular | 75.75 | 549.19 | 562.78 | Soc. | 34.89 | SHR | 12.50 | 407.23 |
| | | | Overtime | 1.25 | 13.59 | | Medi | 8.16 | ADV | 100.00 | |
| | 06-18-2010 | 46752 | Regular | 74.00 | 536.50 | 536.50 | Soc. | 33.26 | SHR | 12.50 | 382.96 |
| | | | | | | | Medi | 7.78 | ADV | 100.00 | |
| | QTD | Totals | Regular | 450.25 | 3,264.32 | 3,688.44 | Soc. | 228.68 | SHR | 75.00 | 3,109.90 |
| | | | Overtime | 39.00 | 424.12 | | Medi | 53.48 | ADV | 200.00 | |
| | | | | | | | FWT | 19.31 | | | |
| | | | | | | | SWT | 2.07 | | | |
| | 07-02-2010 | 46843 | Regular | 71.75 | 520.19 | 536.50 | Soc. | 33.26 | SHR | 12.50 | 475.99 |
| | | | Overtime | 1.50 | 16.31 | | Medi | 7.78 | | | |
| | | | | | | | SWT | 6.97 | | | |
| | 07-16-2010 | 46934 | Regular | 9.75 | 70.69 | 70.69 | Soc. | 4.38 | SHR | 12.50 | 51.86 |
| | | | | | | | Medi | 1.03 | | | |
| | | | | | | | SWT | 0.92 | | | |
| | 08-27-2010 | 47192 | Regular | 40.00 | 290.00 | 290.00 | Soc. | 17.98 | SHR | 12.50 | 251.54 |
| | | | | | | | Medi | 4.21 | | | |

* Denotes Employer Match

04-23-12  
12:27PM  
1663 - OROZCO, ROBERT  

Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:    3 of   6

BA000361

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SWT | 3.77 | | | |
| | 09-10-2010 | 47280 | Regular | 79.75 | 578.19 | 632.57 | Soc. | 39.22 | SHR | 12.50 | 563.46 |
| | | | Overtime | 5.00 | 54.38 | | Medi | 9.17 | | | |
| | | | | | | | SWT | 8.22 | | | |
| | 09-24-2010 | 47368 | Regular | 80.00 | 580.00 | 710.50 | Soc. | 44.05 | SHR | 12.50 | 634.41 |
| | | | Overtime | 12.00 | 130.50 | | Medi | 10.30 | | | |
| | | | | | | | SWT | 9.24 | | | |
| | QTD | Totals | **Regular** | **281.25** | **2,039.07** | **2,240.26** | **Soc.** | **138.89** | **SHR** | **62.50** | **1,977.26** |
| | | | **Overtime** | **18.50** | **201.19** | | **Medi** | **32.49** | | | |
| | | | | | | | **SWT** | **29.12** | | | |
| | 10-08-2010 | 47456 | Regular | 70.00 | 507.50 | 507.50 | Soc. | 31.47 | SHR | 12.50 | 449.57 |
| | | | | | | | Medi | 7.36 | | | |
| | | | | | | | SWT | 6.60 | | | |
| | 10-22-2010 | 47544 | Regular | 78.75 | 570.94 | 581.82 | Soc. | 36.07 | SHR | 12.50 | 517.25 |
| | | | Overtime | 1.00 | 10.88 | | Medi | 8.44 | | | |
| | | | | | | | SWT | 7.56 | | | |
| | 11-05-2010 | 47634 | Regular | 78.50 | 569.13 | 609.91 | Soc. | 37.81 | SHR | 12.50 | 542.83 |
| | | | Overtime | 3.75 | 40.78 | | Medi | 8.84 | | | |
| | | | | | | | SWT | 7.93 | | | |
| | 11-19-2010 | 47725 | Regular | 80.00 | 580.00 | 794.78 | Soc. | 49.28 | SHR | 12.50 | 711.15 |
| | | | Overtime | 19.75 | 214.78 | | Medi | 11.52 | | | |
| | | | | | | | SWT | 10.33 | | | |
| | 12-03-2010 | 47820 | Regular | 80.00 | 580.00 | 759.44 | Soc. | 47.09 | SHR | 12.50 | 678.97 |
| | | | Overtime | 16.50 | 179.44 | | Medi | 11.01 | | | |
| | | | | | | | SWT | 9.87 | | | |
| | 12-17-2010 | 47913 | Regular | 70.75 | 512.94 | 523.82 | Soc. | 32.48 | SHR | 12.50 | 464.43 |
| | | | Overtime | 1.00 | 10.88 | | Medi | 7.60 | | | |
| | | | | | | | SWT | 6.81 | | | |
| | 12-31-2010 | 48009 | Regular | 76.25 | 552.81 | 577.28 | Soc. | 35.79 | SHR | 12.50 | 363.12 |
| | | | Overtime | 2.25 | 24.47 | | Medi | 8.37 | ADV | 150.00 | |
| | | | | | | | SWT | 7.50 | | | |
| | QTD | Totals | **Regular** | **534.25** | **3,873.32** | **4,354.55** | **Soc.** | **269.99** | **SHR** | **87.50** | **3,727.32** |
| | | | **Overtime** | **44.25** | **481.23** | | **Medi** | **63.14** | **ADV** | **150.00** | |
| | | | | | | | **SWT** | **56.60** | | | |
| | 01-14-2011 | 48105 | Regular | 40.00 | 294.00 | 603.82 | Soc. | 25.36 | SHR | 12.50 | 399.35 |

* Denotes Employer Match

04-23-12
12:27PM
1663 - OROZCO, ROBERT

Standard Pay History Report(All Payroll Items)

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:    4 of   6

BA000362

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Overtime | 5.25 | 57.88 | | Medi | 8.76 | ADV | 150.00 | |
| | | | Special | 34.75 | 251.94 | | SWT | 7.85 | | | |
| | 01-28-2011 | 48202 | Regular | 80.00 | 588.00 | 684.47 | Soc. | 28.75 | SHR | 12.50 | 624.40 |
| | | | Overtime | 8.75 | 96.47 | | Medi | 9.92 | | | |
| | | | | | | | SWT | 8.90 | | | |
| | 02-11-2011 | 48296 | Regular | 80.00 | 588.00 | 794.72 | Soc. | 33.38 | SHR | 12.50 | 720.59 |
| | | | Overtime | 18.75 | 206.72 | | Medi | 11.52 | | | |
| | | | | | | | FWT | 6.40 | | | |
| | | | | | | | SWT | 10.33 | | | |
| | 02-25-2011 | 48390 | Regular | 80.00 | 588.00 | 678.96 | Soc. | 28.52 | SHR | 12.50 | 619.27 |
| | | | Overtime | 8.25 | 90.96 | | Medi | 9.84 | | | |
| | | | | | | | SWT | 8.83 | | | |
| | 03-11-2011 | 48486 | Regular | 73.75 | 542.06 | 627.50 | Soc. | 26.36 | SHR | 12.50 | 571.38 |
| | | | Overtime | 7.75 | 85.44 | | Medi | 9.10 | | | |
| | | | | | | | SWT | 8.16 | | | |
| | 03-25-2011 | 48583 | Regular | 61.25 | 450.19 | 450.19 | Soc. | 18.91 | SHR | 12.50 | 406.40 |
| | | | | | | | Medi | 6.53 | | | |
| | | | | | | | SWT | 5.85 | | | |
| | QTD | Totals | **Regular** | **415.00** | **3,050.25** | **3,839.66** | **Soc.** | **161.28** | **SHR** | **75.00** | **3,341.39** |
| | | | **Overtime** | **48.75** | **537.47** | | **Medi** | **55.67** | **ADV** | **150.00** | |
| | | | **Special** | **34.75** | **251.94** | | **FWT** | **6.40** | | | |
| | | | | | | | **SWT** | **49.92** | | | |
| | 04-08-2011 | 48677 | Regular | 79.75 | 586.16 | 790.12 | Soc. | 33.19 | SHR | 12.50 | 416.76 |
| | | | Overtime | 18.50 | 203.96 | | Medi | 11.46 | ADV | 300.00 | |
| | | | | | | | FWT | 5.94 | | | |
| | | | | | | | SWT | 10.27 | | | |
| | 04-22-2011 | 48770 | Regular | 73.50 | 540.23 | 603.62 | Soc. | 25.35 | SHR | 12.50 | 549.17 |
| | | | Overtime | 5.75 | 63.39 | | Medi | 8.75 | | | |
| | | | | | | | SWT | 7.85 | | | |
| | 05-06-2011 | 48859 | Regular | 23.75 | 174.56 | 424.90 | Soc. | 17.85 | SHR | 12.50 | 382.87 |
| | | | Vacation | 34.06 | 250.34 | | Medi | 6.16 | | | |
| | | | | | | | SWT | 5.52 | | | |
| | 05-20-2011 | 48942 | Regular | 62.50 | 459.38 | 459.38 | Soc. | 19.29 | SHR | 12.50 | 414.96 |
| | | | | | | | Medi | 6.66 | | | |
| | | | | | | | SWT | 5.97 | | | |

* Denotes Employer Match

04-23-12
12:27PM
1663 - OROZCO, ROBERT

**Employee Pay History Report**

(44042) CHOMPIES BAKING COMPANY

11/01/2009  to 12/31/2012

Page:     5 of   6

BA000363

Standard Pay History Report(All Payroll Items)

| Emp.ID.  Name/Department/SSN# | Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06-03-2011 | 49019 | Regular | 65.25 | 479.59 | 479.59 | Soc. | 20.14 | SHR | 12.50 | 433.77 |
| | | | | | | | Medi | 6.95 | | | |
| | | | | | | | SWT | 6.23 | | | |
| | 06-17-2011 | 49097 | Regular | 74.00 | 543.90 | 543.90 | Soc. | 22.84 | SHR | 12.50 | 493.60 |
| | | | | | | | Medi | 7.89 | | | |
| | | | | | | | SWT | 7.07 | | | |
| | QTD | Totals | **Regular** | **378.75** | **2,783.82** | **3,301.51** | **Soc.** | **138.66** | **SHR** | **75.00** | **2,691.13** |
| | | | **Overtime** | **24.25** | **267.35** | | **Medi** | **47.87** | **ADV** | **300.00** | |
| | | | **Vacation** | **34.06** | **250.34** | | **FWT** | **5.94** | | | |
| | | | | | | | **SWT** | **42.91** | | | |
| | 07-01-2011 | 49176 | Regular | 56.25 | 413.44 | 413.44 | Soc. | 17.36 | SHR | 12.50 | 372.22 |
| | | | | | | | Medi | 5.99 | | | |
| | | | | | | | SWT | 5.37 | | | |
| | 07-15-2011 | 49255 | Regular | 49.50 | 363.83 | 452.03 | Soc. | 18.99 | | | 420.61 |
| | | | Overtime | 8.00 | 88.20 | | Medi | 6.55 | | | |
| | | | | | | | SWT | 5.88 | | | |
| | 07-29-2011 | 49338 | Regular | 58.50 | 429.98 | 429.98 | Soc. | 18.06 | SHR | 12.50 | 387.60 |
| | | | | | | | Medi | 6.23 | | | |
| | | | | | | | SWT | 5.59 | | | |
| | 08-12-2011 | 49419 | Regular | 79.00 | 580.65 | 663.34 | Soc. | 27.86 | SHR | 12.50 | 604.74 |
| | | | Overtime | 7.50 | 82.69 | | Medi | 9.62 | | | |
| | | | | | | | SWT | 8.62 | | | |
| | 08-26-2011 | 49496 | Regular | 80.00 | 588.00 | 783.69 | Soc. | 32.91 | SHR | 12.50 | 711.44 |
| | | | Overtime | 17.75 | 195.69 | | Medi | 11.36 | | | |
| | | | | | | | FWT | 5.29 | | | |
| | | | | | | | SWT | 10.19 | | | |
| | 09-09-2011 | 49570 | Regular | 80.00 | 588.00 | 692.74 | Soc. | 29.10 | SHR | 12.50 | 632.09 |
| | | | Overtime | 9.50 | 104.74 | | Medi | 10.04 | | | |
| | | | | | | | SWT | 9.01 | | | |
| | 09-23-2011 | 49643 | Regular | 52.00 | 382.20 | 387.71 | Soc. | 16.28 | SHR | 6.25 | 354.52 |
| | | | Overtime | 0.50 | 5.51 | | Medi | 5.62 | | | |
| | | | | | | | SWT | 5.04 | | | |
| | QTD | Totals | **Regular** | **455.25** | **3,346.10** | **3,822.93** | **Soc.** | **160.56** | **SHR** | **68.75** | **3,483.22** |
| | | | **Overtime** | **43.25** | **476.83** | | **Medi** | **55.41** | | | |
| | | | | | | | **FWT** | **5.29** | | | |

* Denotes Employer Match

BA000364

**Employee Pay History Report**
(44042) CHOMPIES BAKING COMPANY
11/01/2009 to 12/31/2012

04-23-12
12:27PM
1663 - OROZCO, ROBERT
Standard Pay History Report(All Payroll Items)

Emp.ID.  Name/Department/SSN#

| Check Date | Check # | Pay Type | Hours | Earnings | Gross Pay | Taxes | | Ded./Reb. | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Totals | | | | | | SWT | 49.70 | | | |
| Wks Wrkd: | 94 | Regular | 3,238.50 | 23,604.07 | 27,674.49 | Soc. | 1,496.55 | SHR | 543.75 | 24,091.30 |
| | | Overtime | 326.50 | 3,568.14 | | Medi | 401.25 | ADV | 800.00 | |
| | | Vacation | 34.06 | 250.34 | | FWT | 104.10 | | | |
| | | Special | 34.75 | 251.94 | | SWT | 237.54 | | | |

* Denotes Employer Match

# **EXHIBIT E**

## SECOND DECLARATION OF SHIRLEY BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.

| EMPLOYEE | | | | | DEDUCTIONS & REIMBURSEMENTS | | | MISCELLANEOUS |
|---|---|---|---|---|---|---|---|---|
| OROZCO, ROBERT | | | | | | | | |
| NUMBER | STATUS/EXEMP | SWT/EXEMP | PERIOD BEGIN | CHECK DATE | ID=0825-0024-5274-002 | | CHK=PETE'S BAKING COMPANY | |
| M-3 | AZ-1-3 | 47492 | 08/22/10 | 08/27/10 | | | | |

| | | EARNINGS | | | DESCRIPTION | CURRENT | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR TO DATE | SOCIAL SECURITY | 17.98 | 555.55 | |
| REGULAR | | 40.00 | 290.00 | 7,541.82 | MEDICARE | 4.21 | 129.94 | |
| OVERTIME | | | | 1,419.19 | FWT | | 81.07 | |
| | | | | | ARIZONA SWT | 3.77 | 20.33 | |
| | | | | | SHIRTS | -3.50 | 187.50 | |
| | | | | | ADVANCES | | 200.00 | |

| | | TOTAL | 290.00 | 8,961.01 | TOTAL | -38.46 | NET PAY | 251.54 |

PAYROLL BY **CompuPay**

PETE'S BAKING COMPANY
ADA BING LLC
20 S 9TH STREET
HOENIX, AZ 85034

84

ROBERT OROZCO

**REDACTED**

OROZCO_00021

## Stub 1

| EMPLOYEE NAME | EMP NO. | DEPT | CLOCK # | CONTROL NUMBER | CHCHJE J'S BAKING COMPANY | |
|---|---|---|---|---|---|---|
| ROZCO, ROBERT | 1663 | | | P-0825-0097577/44042 | | |
| S.S. NUMBER | M-3 | AZ-1 | 3 | CHECK # | PERIOD END | CHECK DATE |
| | | | 47192 | 08/22/10 | 08/27/10 | |

**EARNINGS**

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 40.00 | | 290.00 | 7,541.82 |
| OVERTIME | | | | 1,419.19 |
| | | | | |
| TOTAL | | | 290.00 | 8,961.01 |

**DEDUCTIONS & REIMBURSEMENTS**

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SOCIAL SECURITY | 17.98 | 555.58 |
| MEDICARE | 4.21 | 129.94 |
| FWT | | 81.07 |
| ARIZONA SWT | 3.77 | 20.33 |
| SHIRTS | 12.50 | 187.50 |
| ADVANCES | | 200.00 |
| | | |
| TOTAL | -38.46 | |

**MISCELLANEOUS**

| NET PAY | 251.54 |
|---|---|

MESSAGE

## Stub 2

| EMPLOYEE NAME | EMP NO. | DEPT | CLOCK # | CONTROL NUMBER | CHCHJE J'S BAKING COMPANY | |
|---|---|---|---|---|---|---|
| ROZCO, ROBERT | 1663 | 64 | | P-0714-1003297/44042 | | |
| S.S. NUMBER | M-3 | AZ-1 | 3 | CHECK # | PERIOD END | CHECK DATE |
| | | | 46934 | 07/11/10 | 07/16/10 | |

**EARNINGS**

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 9.75 | | 70.69 | 7,251.82 |
| OVERTIME | | | | 1,419.19 |
| | | | | |
| TOTAL | | 70.69 | 8,671.01 | |

**DEDUCTIONS & REIMBURSEMENTS**

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SOCIAL SECURITY | 4.38 | 537.60 |
| MEDICARE | 1.05 | 125.73 |
| FWT | | 81.07 |
| ARIZONA SWT | 0.92 | 16.56 |
| SHIRTS | 12.50 | 175.00 |
| ADVANCES | | 200.00 |
| | | |
| TOTAL | -18.83 | |

**MISCELLANEOUS**

| NET PAY | 51.86 |
|---|---|

MESSAGE

PAYROLL BY CompuPay®



ROZCO_00022

# <u>EXHIBIT F</u>

## SECOND DECLARATION OF SHIRLEY BORENSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Case No.:  2:11-CV-02305-PHX-FJM

Robert Orozco

v.

Bada Bing Bakery, et al.



All employees are required to have a **Food Handlers Permit** from Maricopa County Environmental Services. You have 30 days from your hire date to obtain a card and <u>hand it in to the office</u>.

### Testing Sites & Hours of Operation

| Central Regional Office<br>1645 E. Roosevelt St.<br>Phoenix, AZ 85006<br>(SE corner of 16th St & Roosevelt)<br>9:00am - 11:30am &<br>1:00pm - 4:30pm | Eastern Regional Office<br>1255 W. Baseline Rd., Bldg C, Ste #270<br>Mesa, AZ 85202<br>(SW corner of Baseline & Alma School<br>SW building of office complex)<br>9:00am - 11:30am &<br>1:00pm - 4:30pm |
| --- | --- |
| Northern Regional Office<br>3101 E. Shea Blvd., #220<br>Phoenix, AZ 85028<br>(SW corner of 32nd St. & Shea)<br>9:00am - 11:30am &<br>1:00pm - 4:30pm | Western Regional Office<br>8910 N. 43rd Ave, #101<br>Glendale, AZ 85302<br>(SW corner of 43rd Ave. & Olive)<br>9:00am - 11:30am &<br>1:00pm - 4:30pm |

The cost of the test is $16.00 cash, no checks, no credit cards.  **For a study manual, please see HR.**

*******************************************

Requieren a todos los empleados tener un permiso de los manipuladores de alimentos de servicios ambientales del condado de Maricopa. Usted tiene 30 dias a partir de su fecha del hire para obtener una tarjeta y para darla adentro a la oficina. Los lugares para tomar su prueba estan arriba.

### LUGARES Y HORARIOS DE OPERACIÓN

| Región Central<br>1645 E. Roosevelt St.<br>Phoenix, AZ 85006<br>(Esquina sureste de 16 calle y Roosevelt)<br>9:00am - 11:30am y<br>1:00pm - 4:30pm | Región del Este<br>1255 W. Baseline Rd., Bldg C, Ste #270<br>Mesa, AZ 85202<br>(Esquina suroeste de Baseline y Alma School<br>La oficina al SO del complejo)<br>9:00am - 11:30am y<br>1:00pm - 4:30pm |
| --- | --- |
| Región del Norte<br>3101 E. Shea Blvd., #220<br>Phoenix, AZ 85028<br>(Esquina suroeste de 32 Calle. y Shea)<br>9:00am - 11:30am y<br>1:00pm - 4:30pm | Región del Oeste<br>8910 N. 43rd Ave, #101<br>Glendale, AZ 85302<br>(Esquina suroeste de 43 Ave. y Olive)<br>9:00am - 11:30am y<br>1:00pm - 4:30pm |

El coste de la prueba es $16.00 en efectivo, no acceptan cheques, o tarjetas de crédito.

**Para recibir una librete para estudiar para la prueba por favor visita la ofecina de Recursos Humanos.**