LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
Jarrett J. Haskovec
State Bar No. 023926
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone:   (602) 234-0008
Facsimile:   (602) 626-3586
Email: nicholas.enoch@azbar.org

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT OROZCO; and a class of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARK S. BORENSTEIN, *et al.*,<br><br>    Defendants. | No. CV-11-2305-PHX-FJM<br><br>**PLAINTIFF'S MOTION TO STRIKE UNTIMELY FILED DECLARATIONS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Pursuant to LRCiv 7.2(m)(1), Plaintiff Robert Orozco ("Orozco"), by and through undersigned counsel, hereby moves the Court for an Order striking four (4) declarations recently filed by the Defendants, *to wit*, Doc. ## 39, 40, 41 and 43.  This would also include any reference to or arguments based upon these untimely filings found in the reply in support of motion to dismiss filed by Defendants that same date, *to wit*, Doc. #42.

Simply put, the four (4) above-referenced declarations and the arguments predicated thereupon, all of which were filed on May 21, 2012, are patently untimely. *See Stickle v. SCI Western Mkt. Support Ctr., L.P.*, 2009 U.S. Dist. LEXIS 97735 at **12-14 (D. Ariz. Sept. 30, 2009).  In particular, the Defendants filed their now pending motion to dismiss (Doc. #22) and accompanying declaration in support of said motion (Doc. #23) on March 15, 2012.  Orozco filed his response (Doc. #29) and accompanying declaration in support of his response (Doc. #30) on April 17, 2012.  More than one month later, and

in conjunction with the reply they filed the same day, the Defendants filed four (4) additional declarations (purportedly) supporting the relief sought in their initial filing of March 15, 2012. As the Court can readily glean from their reply, a great deal of the facts and arguments now before the Court were first brought to the attention of both the Court and Orozco in the Defendants' reply. Similarly, there is no apparent reason why these new facts, most of which go to the merits of the issue at hand, could not have been brought forward in conjunction with the Defendants' initial filing. If Defendants believed that additional information was necessary to refute or controvert the plainly stated allegations contained in the complaint, or any matters contained in Orozco's declaration filed in conjunction with his response to the motion to dismiss, Defendants were free to seek leave to file additional evidence in conjunction with their reply. However, Defendants did not do so. Thus, Orozco, "the non-moving party[,] is essentially deprived of the opportunity to address these new contentions." *Stickle*, 2009 U.S. Dist. LEXIS 97735 at \*13.

As explained by Judge Murguia in her 2009 decision in *Stickle*, *id.* at \*\*13-14 [*citing, e.g., Tovar v. U.S. Postal Serv.*, 3 F.3d 1271, 1273 n.3 (9th Cir. 1993)], a case, incidentally, arising under the Fair Labor Standards Act of 1938, 29 U.S.C. §201, *et seq.*:

> As the Ninth Circuit has repeatedly held, where new evidence is submitted for the first time in a reply brief, that evidence may be stricken. With respect to the instant case, there is no discernable reason why these affirmations could not have presented as part of Plaintiffs' initial motion for notice. As such, the Court will strike the four affirmations submitted by Plaintiffs with their reply brief, and the information contained therein will not be considered by the Court when determining whether Plaintiffs are "similarly situated" for purposes of conditional certification.

(internal cites omitted). This is precisely the relief sought by Orozco herein.

**WHEREFORE**, it is respectfully requested that the Court issue an Order striking Doc. ##39, 40, 41 and 43 and, in addition, any reference to or arguments based upon these untimely filings found in Doc. #42.

RESPECTFULLY SUBMITTED this 20th day of June, 2012.

LUBIN & ENOCH, P.C.


/s/ Nicholas J. Enoch
Nicholas J. Enoch, Esq.
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2012, I electronically transmitted the Motion to Strike to the U.S. District Court Clerk's office using the CM/ECF System for filing.  I further certify that, on this same date, I caused to be hand-delivered the Motion to the following recipient:

Honorable Frederick J. Martone
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 526
401 West Washington Street, SPC 62
Phoenix, Arizona  85003-2158


/s/ Tiffany Mitchell

F:\Law Offices\client directory\UFCW99\013\Pleadings\2012 06 20- UFCW99-013- Motion to Strike.wpd

3