

**NATIONWIDE LEGAL SERVICES, LLC.**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 22183 | 20153 |
| 3/15/12 | 2,406.92 |
| Invoice Date | Total Invoice |

SACKS TIERNEY PA
4250 N. DRINKWATER BLVD.
4TH FLOOR
SCOTTSDALE, AZ 85251

FOR ANY BILLING QUESTIONS
PLEASE CALL TOM LaVANCE
Tel:602-256-9700

✂ - - - - - - - - - - - Cut here and return with payment - - - - - - - - - - -

| Date | Control No. | Svc. Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | 20153 | 22183 | 3/15/12 | 2,406.92 | 1 | | |

| Date | Control No. | Svc. Type | | | | | | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/15/12 | 62073 | RGF | SACKS TIERNEY PA<br>4250 N. DRINKWATER BLVD.<br>SCOTTSDALE    AZ 85251<br>Caller: SILVIA MIRANDA<br>Case Number:2:11-CV-02305<br>Documents:MOTION TO DISMISS AN D DECLARATION IN SUP<br>Client/Matter: BA219-1 | US DISTRICT COURT -- ARIZONA<br>401 W. WASHINGTON ST.<br>PHOENIX     AZ 85003<br><br>Case Title: OROZCO V. BADA BING<br><br>Signed by: DELIVERED | | Base Chg : 25.00<br>Fuelcharge: 3.25 | | | 28.25 |
| FILE REG-3HRS | | | | | | | | | |
| | | | Total Charges for Ref. - BA219-1: | 28.25 | | | | | |

VENDOR # 06915  [handwritten]
GL CODE # 15000 - [handwritten]
DATE ENTERED 3/23/12

Total ▶ Continued

RECEIVED MAR 2 2 REC'D Accounting Department

**NATIONWIDE LEGAL SERVICES, LLC.**

INVOICE PAYMENT DUE UPON RECEIPT



**NATIONWIDE LEGAL SERVICES, LLC.**
1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| | | |
|---|---|---|
| 22518 | | 20153 |
| 5/31/12 | | 2,857.20 |

SACKS TIERNEY PA
4250 N. DRINKWATER BLVD.
4TH FLOOR
SCOTTSDALE, AZ 85251

FOR ANY BILLING QUESTIONS
PLEASE CALL TOM LaVANCE
Tel:602-256-9700

✂ Cut here and return with payment

| Date | Control No. | Svc. Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 20153 | 22518 | 5/31/12 | 2,857.20 | 1 | | | |
| 5/21/12 | 66643 | ASP | SACKS TIERNEY PA<br>4250 N. DRINKWATER BLVD.<br>SCOTTSDALE    AZ 85251<br>Caller: SILVIA MIRANDA<br>Case Number:2:11-CV-02305<br>Documents:NOT ENOUGH SPACE TO   INCLUDE ALL DOCUMENT<br>Client/Matter: BA219-1 | US DISTRICT COURT -- ARIZONA<br>401 W. WASHINGTON ST.<br>PHOENIX     AZ 85003<br><br>Case Title:OROZCO V. BORENSTEIN<br><br>Signed by: DELIVERED | | Base Cng : 25.00<br>Fuelcharge: 3.25 | | | | 28.25 |
| DEL ASAP-1HR | | | | | | | | | | |
| | | | | Total Charges for Ref. - BA219-1: | | 28.25 | | | | |

VENDOR # 069115
GL CODE # 15000
DATE ENTERED 6/14/12

Total ▶ Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



**NATIONWIDE LEGAL SERVICES, LLC.**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 22698 | 20153 |
| 7/15/12 | 2,272.78 |
| Invoice Date | Total Invoice |

SACKS TIERNEY PA
4250 N. DRINKWATER BLVD.
4TH FLOOR
SCOTTSDALE, AZ 85251

FOR ANY BILLING QUESTIONS
PLEASE CALL TOM LaVANCE
Tel: 602-256-9700

✂ - - - - - - - - - - - - - - - - - - Cut here and return with payment - - - - - - - - - - - - - - - - - -

| Date | Control No. | Svc. Type | Customer No. 20153 | Invoice No. 22698 | Period Ending 7/15/12 | Amount Due 2,272.78 | Page 1 | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| 7/10/12 DEL REG-3HRS | 69813 | REG | SACKS TIERNEY PA 4250 N. DRINKWATER BLVD. SCOTTSDALE  AZ 85251 Caller: SILVIA MIRANDA Case Number:2:11-CV-02305 Documents:RESPONSE IN OPPOSITI ON TO MOTION TO STRI Client/Matter: BA219-1 | | U.S. DISTRICT COURT OF ARIZONA 401 W. WASHINGTON STREET PHOENIX  AZ 85003 Case Title:OROZCO V. BADA BING Signed by: DELIVERED | | | | Base Chg : 15.00 Fuelcharge: 1.95 | 16.95 |
| | | | Total Charges for Ref. - BA219-1: 16.95 | | | | | | |



**INVOICE PAYMENT DUE UPON RECEIPT**



**NATIONWIDE LEGAL SERVICES, LLC.**

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 22767 | 20153 |
| 7/31/12 | 2,201.78 |
| Invoice Date | Total Invoice |

SACKS TIERNEY PA
4250 N. DRINKWATER BLVD.
4TH FLOOR
SCOTTSDALE, AZ 85251

FOR ANY BILLING QUESTIONS
PLEASE CALL TOM LaVANCE
Tel:602-256-9700

✂ Cut here and return with payment

| Date | Control No. | Svc. Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | 20153 | 22767 | 7/31/12 | 2,201.78 | 1 | | |

| 7/30/12 | 70937 | REG | SACKS TIERNEY PA<br>4250 N. DRINKWATER BLVD.<br>SCOTTSDALE   AZ 85251<br>Caller: SILVIA MIRANDA<br>Case Number: 2:11-CV-2305<br>Documents: RESPONSE IN OPPOSITION TO PLAINTIFF'S MO<br>Client/Matter: BA219-1 | DISTRICT COURT OF ARIZONA<br>401 W. WASHINGTON STREET<br>PHOENIX   AZ 85003<br>Case Title: OROZCO V. BORENSTEIN<br>Signed by: DELIVERED | Base Chg : 15.00<br>Fuelcharge: 1.95 | 16.95 |
| DEL REG-3HRS | | | | | | |
| | | | Total Charges for Ref. - BA219-1: | 16.95 | | |



Total ▶ Continued

**NATIONWIDE LEGAL SERVICES, LLC.**   INVOICE PAYMENT DUE UPON RECEIPT